Reginald BOYER, Plaintiff—Appellant,

v.

Robert FREEMAN, Director, Adjudication Center Office of Transportation Treat Assessment and Credentialing; Russell Roberts, Deputy Director, Aviation & Analysis Office of Transportation Threat Assessment and Credentialing; Stephanie Stoltzus, Transportation Security Administration, Defendants—Appellees.

No. 11–1876.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 22, 2011.

Reginald Boyer, Appellant Pro Se. Julie Ann Edelstein, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Boyer appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29

L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boyer v. Freeman*, No. 1:11–cv–00021–AJT–JFA (E.D.Va. July 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*